RECEIVED
IN MONROE, LA
MAR 14 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CATHERINE G. WARREN | CIVIL ACTION NO. 05-1637 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 25], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 22] is GRANTED, and the Commissioner of the Social Security Administration is ORDERED to pay Plaintiff's attorney out-of-pocket expenses and costs of $ 367.30 plus attorney's fees in the amount of $ 4,700.00 (37.6 hours at $ 125.00 per hour), for a total fee and cost award of $ 5067.30.

MONROE, LOUISIANA, this 14 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE